UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corporation, et al.

In Re:

Mirtha D. Perez,

Debtor.

Case No.:      23-16132-JKS

Chapter:      13

Hearing Date:      09/28/2023

Judge:      Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 16)

_____

Date: 09/22/2023                             /s/ Denise Carlon
                                             Signature

*rev.8/1/15*