Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 23−16132−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mirtha D. Perez
   aka Mirtha C Perez, aka Mirtha De la
   Caridad Perez, aka Mirtha Perez
   21 Terrace Place
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−9505

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 29, 2023.

Dated: September 29, 2023
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mirtha D. Perez  
    Debtor

Case No. 23-16132-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 29, 2023      Form ID: plncf13      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621 |
| 519974573 | + | Global Lending Services, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |
| 519974576 | + | JPMorgan Chase Bank, 1787 Veterans Highway, Islandia, NY 11749-1500 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2023 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2023 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520028003 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 21:54:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519974569 | | Email/Text: bankruptcy@cavps.com | Sep 29 2023 22:57:00 | Cavalry Portfolio Services, LLC, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 519974568 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2023 00:13:39 | Capital One Financial Corporation, P.O. Box 85015, Richmond, VA 23285-5015 |
| 519988854 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 21:54:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520029795 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 22:57:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519974570 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 22:55:00 | Discover Bank, Attn: President/CEO/Registered Agent, 6500 New Albany Road East, New Albany, OH 43054 |
| 519974571 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 22:55:00 | Discover Financial Services, c/o Discover Products Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 520026362 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 29 2023 22:56:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519974572 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 29 2023 22:56:00 | Discover Home Loans, c/o Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519979356 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 22:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520034999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 29 2023 22:57:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520020375 | | Email/Text: bankruptcy@glsllc.com | Sep 29 2023 22:40:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 519974574 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2023 22:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519974575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 21:43:47 | JPMCB Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 519974577 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 29 2023 22:57:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 519974578 | + | Email/PDF: cbp@omf.com | Sep 29 2023 21:44:05 | Onemain Financial, Inc., 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 519974579 | | Email/Text: signed.order@pfwattorneys.com | Sep 29 2023 22:55:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519974580 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 29 2023 22:55:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519974582 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 29 2023 22:55:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519974581 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 29 2023 22:57:00 | Select Portfolio Servicing, Inc., Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: plncf13 | Total Noticed: 25 |

    on behalf of Debtor Mirtha D. Perez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Robert P. Saltzman
    on behalf of Creditor Discover Bank dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Discover Bank swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6