Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 23−16132−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mirtha D. Perez
aka Mirtha C Perez, aka Mirtha De la
Caridad Perez, aka Mirtha Perez
21 Terrace Place
Kearny, NJ 07032

Social Security No.:
xxx−xx−9505

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      10/26/23
Time:      10:00 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$4,512.00

EXPENSES
$436.94

---

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 6, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 23-16132-JKS
Mirtha D. Perez                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                   Page 1 of 3
Date Rcvd: Oct 06, 2023                       Form ID: 137                          Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621 |
| 519974573 | + | Global Lending Services, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |
| 519974576 | + | JPMorgan Chase Bank, 1787 Veterans Highway, Islandia, NY 11749-1500 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520028003 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 21:00:59 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519974569 | | Email/Text: bankruptcy@cavps.com | Oct 06 2023 20:48:00 | Cavalry Portfolio Services, LLC, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 519974568 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 06 2023 21:12:26 | Capital One Financial Corporation, P.O. Box 85015, Richmond, VA 23285-5015 |
| 519988854 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 06 2023 21:01:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520029795 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2023 20:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519974570 | | Email/Text: mrdiscen@discover.com | Oct 06 2023 20:46:00 | Discover Bank, Attn: President/CEO/Registered Agent, 6500 New Albany Road East, New Albany, OH 43054 |
| 519974571 | | Email/Text: mrdiscen@discover.com | Oct 06 2023 20:46:00 | Discover Financial Services, c/o Discover Products Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 520026362 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2023 20:47:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519974572 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2023 20:47:00 | Discover Home Loans, c/o Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519979356 | | Email/Text: mrdiscen@discover.com | Oct 06 2023 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520034999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

District/off: 0312-2        User: admin        Page 2 of 3

Date Rcvd: Oct 06, 2023        Form ID: 137        Total Noticed: 25

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520020375 | | Email/Text: bankruptcy@glsllc.com | Oct 06 2023 20:46:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 519974574 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2023 20:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519974575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 06 2023 21:01:13 | JPMCB Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 519974577 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 06 2023 20:48:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 519974578 | + | Email/PDF: cbp@omf.com | Oct 06 2023 21:01:13 | Onemain Financial, Inc., 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 519974579 | | Email/Text: signed.order@pfwattorneys.com | Oct 06 2023 20:47:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519974580 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 06 2023 20:47:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519974582 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 06 2023 20:47:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519974581 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 06 2023 20:48:00 | Select Portfolio Servicing, Inc., Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | |

on behalf of Debtor Mirtha D. Perez jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Robert P. Saltzman

    on behalf of Creditor Discover Bank dnj@pbslaw.org

Stuart H. West

    on behalf of Creditor Discover Bank swest@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6