| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, NJ 07470<br>973-696-8391<br>Jamal J. Romero, Esq.<br>jromero@scura.com<br>Counsel for Debtor | <br><br>Order Filed on November 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mirtha D. Perez,<br><br>                                        Debtor. | Case No.:      23-16132<br><br>Chapter:           13<br><br>Judge:              JKS |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____4,512.00_____ for services rendered and expenses in the amount of $_____436.94_____ for a total of $_____4,948.94_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ will be paid outside of the plan;

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

\* The amount to be paid through the Chapter 13 Plan is $2,448.94 ($4,948.94 less $2,500.00 retainer paid).

*rev.8/1/15*

2