UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal Romero, Esq.
Email: jromero@scura.com
Counsel for Debtor.

In Re:

Mirtha D. Perez
    Debtor.

Case No.: __23-16132__

Judge: __JKS__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☒ Motion for Relief from the Automatic Stay filed by _____Discover Bank._____, creditor,

   A hearing has been scheduled for _____12/14/2023_____, at __10:00 AM__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Payment of $1,593.92. was mailed on December 07, 2023. I intend to cure any remaining chapter 13 payment arrears by December 31, 2023. Documentation in support is attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/07/2023            /s/Mirtha D. Perez
                                        Debtor's Signature

Date: _____           _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

Remitter: MIRTHA D PEREZ

Pay To The Order Of: DISCOVER BANK

12/07/2023

Void after 7 years

$** 1,593.92 **

**CHASE**

Remitter: MIRTHA D PEREZ

Pay To The Order Of: DISCOVER BANK

Pay: ONE THOUSAND FIVE HUNDRED NINETY THREE DOLLARS AND 92 CENTS    $** 1,593.92 **

**CASHIER'S CHECK**

Date: 12/07/2023

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

Void after 7 years

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo:
Note: For information only. Comment has no effect on bank's payment.

Do not write outside this box

440