UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 111897B

In Re:

Mirtha D. Perez

Order Filed on January 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-16132-JKS

Hearing Date: December 14, 2023
Judge: John K. Sherwood

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 5, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Discover Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Jamal J Romero, Esquire |
| Property Involved ("Collateral"): | 21 Terrace Place, Kearny, NJ 07032 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for five months, from August 4, 2023 to December 4, 2023.
   - ☒ The Debtor is overdue for five payments at $398.48 per month.
   - Total Arrearages Due $1,992.40.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Immediate payment shall be made in the amount of $1,992.40. Payment shall be made no later than December 31, 2023.
   - ☒ Beginning on January 4, 2024, regular monthly mortgage payments shall continue to be made in the amount of $398.48. Future monthly mortgage payments are subject to future escrow or rate adjustments.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Immediate payment and Regular monthly payments:

     Discover Bank
     1 Corporate Drive, Suite 360
     Lake Zurich, IL 60047

4. In the event of Default:
   - ☒ If the Debtor does not make the immediate payment specified above or does not make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $188.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.