UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 111897B

In Re:

Mirtha D. Perez

**Order Filed on January 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-16132-JKS

Hearing Date: December 14, 2023
Judge: John K. Sherwood

Chapter 13

| Recommended Local Form | ⊠ Followed | __ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 5, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:                                          Discover Bank

Applicant's Counsel:                                Rob Saltzman, Esquire

Debtor's Counsel:                                   Jamal J Romero, Esquire

Property Involved ("Collateral"):                   21 Terrace Place, Kearny, NJ 07032

Relief Sought:                                      ☒ Motion for Relief From the Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.      Status of post-Petition arrearages:

        ☒ The Debtor is overdue for five months, from August 4, 2023 to December 4, 2023.

        ☒ The Debtor is overdue for five payments at $398.48 per month.

        Total Arrearages Due $1,992.40.

2.      Debtor must cure all post-Petition arrearages as follows:

        ☒ Immediate payment shall be made in the amount of $1,992.40.  Payment shall be made no later than December 31, 2023.

        ☒ Beginning on January 4, 2024, regular monthly mortgage payments shall continue to be made in the amount of $398.48.  Future monthly mortgage payments are subject to future escrow or rate adjustments.

3.      Payments to the Secured Creditor shall be made to the following address(es):

        ☒ Immediate payment and Regular monthly payments:

                Discover Bank
                1 Corporate Drive, Suite 360
                Lake Zurich, IL 60047

4.      In the event of Default:

        ☒ If the Debtor does not make the immediate payment specified above or does not make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the

time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter

13 Trustee, the Debtor and the Debtor's attorney.


5.    Award of Attorney's Fees:

⊠  The Applicant is awarded attorneys fees of $350.00, and costs of $188.00.

The fees and costs are payable:

⊠  through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-16132-JKS

Mirtha D. Perez                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                     Page 1 of 2

Date Rcvd: Jan 05, 2024                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

**Recip ID              Recipient Name and Address**
db                        +  Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Mirtha D. Perez jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;sterry@scura.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Robert P. Saltzman
    on behalf of Creditor Discover Bank dnj@pbslaw.org

Stuart H. West
    on behalf of Creditor Discover Bank swest@pbslaw.org

District/off: 0312-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jan 05, 2024                                Form ID: pdf903                             Total Noticed: 1

U.S. Trustee

           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6