SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  MIRTHA D. PEREZ                                            Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
21 TERRACE PLACE                                                       1599 HAMBURG TURNPIKE
KEARNY, NJ  07032                                                      WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-16132

### RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/09/2023 | $1,635.00 | 9720612191 | 10/23/2023 | $1,635.00 | 9720612416 |
| 11/21/2023 | $2,000.00 | 9720612537 | 12/15/2023 | $1,100.00 | |

**Total Receipts: $6,370.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $6,370.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | 12/11/2023 | $17.86 | 920,414 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | 11/13/2023 | $19.12 | 919,225 | 12/11/2023 | $60.25 | 920,640 |
| SELECT PORTFOLIO SERVICING INC | 11/13/2023 | $560.55 | 918,643 | 12/11/2023 | $1,766.20 | 920,079 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 645.08 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,448.94 | 100.00% | 2,448.94 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,305.10 | 100.00% | 0.00 | 3,305.10 |
| 0002 | CAVALRY SPV I LLC | UNSECURED | 3,454.95 | 100.00% | 0.00 | 3,454.95 |
| 0004 | DISCOVER FINANCIAL SERVICES | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | (NEW) Prepetition | 623.48 | 100.00% | 32.10 | 591.38 |
| 0006 | GLOBAL LENDING SERVICES LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | UNITED STATES TREASURY/IRS | PRIORITY | 4,587.83 | 100.00% | 0.00 | 4,587.83 |
| 0008 | JPMCB CARD SERVICES | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | NYS DEPT. TAXATION & FINANCE | UNSECURED | 921.97 | 100.00% | 0.00 | 921.97 |
| 0011 | ONEMAIN FINANCIAL, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 81,204.98 | 100.00% | 4,181.25 | 77,023.73 |
| 0015 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-16132**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0018 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,911.59 | 100.00% | 0.00 | 2,911.59 |
| 0019 | DISCOVER BANK DISCOVER PRODUCTS | SECURED | 2,770.24 | 100.00% | 142.63 | 2,627.61 |
| 0020 | UNITED STATES TREASURY/IRS | UNSECURED | 1,088.92 | 100.00% | 0.00 | 1,088.92 |
| 0021 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 30.00 | 100.00% | 0.00 | 30.00 |
| 0022 | DISCOVER BANK | (NEW) MTG Agree | 538.00 | 100.00% | 0.00 | 538.00 |

**Total Paid: $7,450.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $6,370.00    -    Paid to Claims: $4,355.98    -    Admin Costs Paid: $3,094.02    =    Funds on Hand: $920.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.