Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16132−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mirtha D. Perez
  aka Mirtha C Perez, aka Mirtha De la
  Caridad Perez, aka Mirtha Perez
  21 Terrace Place
  Kearny, NJ 07032

Social Security No.:
  xxx−xx−9505

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/12/24 at 10:00 AM

to consider and act upon the following:

*35* − Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Robert P. Saltzman on behalf of Discover Bank. Objection deadline is 08/23/2024. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

*36* − Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Robert P. Saltzman on behalf of Discover Bank. Objection deadline is 08/23/2024. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Discover Bank) filed by Jamal J Romero on behalf of Mirtha D. Perez. (Romero, Jamal)

Dated: 8/26/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court