UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 111897B

Order Filed on October 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mirtha D. Perez

Case No.: 23-16132-JKS

Hearing Date: September 12, 2024
Judge: John K. Sherwood

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

**ORDER RESOLVING CERTIFICATION OF DEFAULT
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 4, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Discover Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Jamal J Romero, Esquire |
| Property Involved ("Collateral"): | 21 Terrace Place, Kearny, NJ 07032 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for one month.
   - ☒ The Debtor is overdue for one payment at $398.48 per month.
   
   Total Arrearages Due $398.48.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Immediate payment shall be made in the amount of $398.48. Payment shall be made no later than September 30, 2024
   - ☒ Beginning on October 4, 2024, regular monthly mortgage payments shall continue to be made in the amount of $398.48.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Immediate payment and Regular monthly payments:

     Discover Bank
     1 Corporate Drive, Suite 360
     Lake Zurich, IL 60047

4. In the event of Default:
   - ☒ If the Debtor does not make the immediate payment specified above or does not make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the

time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.     Award of Attorney's Fees:

       ☒ The Applicant is awarded attorneys fees of $200.00.

      The fees and costs are payable:

       ☒ through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16132-JKS |
| Mirtha D. Perez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 07, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

**Recip ID          Recipient Name and Address**
db               + Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:

**Name**                  **Email Address**

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com

Jamal J Romero
    on behalf of Debtor Mirtha D. Perez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

Kimberly A. Wilson
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 kimwilson@raslg.com

Marie-Ann Greenberg

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Oct 07, 2024                    Form ID: pdf903                              Total Noticed: 1

        magecf@magtrustee.com

Robert P. Saltzman
        on behalf of Creditor Discover Bank dnj@pbslaw.org

Stuart H. West
        on behalf of Creditor Discover Bank swest@pbslaw.org

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8