| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Global Lending Services LLC* | Order Filed on October 24, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Mirtha D. Perez<br>*aka* Mirtha C Perez<br>*aka* Mirtha De la Caridad Perez<br>*aka* Mirtha Perez<br><br>                                       **Debtor.** | Chapter: 13<br><br>Case No.: 23-16132-JKS<br><br>Hearing Date: October 10, 2024<br><br>Judge John K. Sherwood |

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 24, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Mirtha D. Perez
Case No.: 23-16132-JKS
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Global Lending Services LLC ("Creditor"), and whereas the underlying is current as of September 24, 2024, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2019 Lexus NX; VIN: JTJBARBZ1K2196251** provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the October 8, 2024 payment** and continuing thereon per the terms of the underlying Contract.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Global Lending Services, LLC, 1200 Brookfield Boulevard, Suite 300, Greenville, SC 29603**.

3. The Debtor will be in default under the Consent Order if the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with respect to the above vehicle.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00, respectively to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Jamal J. Romero* | */s/ Gavin N. Stewart* |
| Jamal J. Romero, Esq. | Gavin N. Stewart, Esq. |
| Scura, Wigfield, Heyer & Stevens | Stewart Legal Group, P.L. |
| 1599 Hamburg Turnpike | 401 East Jackson Street, Suite 2340 |
| Wayne, NJ 07470 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |