UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corporation

In Re:

Mirtha D. Perez,

Debtor.

Case No.:         23-16132-JKS

Chapter:                13

Hearing Date:      2/13/2025

Judge:              Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐  Withdrawn

Matter: Motion for Relief re: 21 Terrace Place (Docket # 49)

_____

Date: 2/6/2025                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*