UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                          CASE NO.: 23-16132
**CHAPTER 13**

**Mirtha D. Perez,**
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Cory Woerner
                                             Cory Woerner
                                             Email: cwoerner@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MIRTHA D. PEREZ
21 TERRACE PLACE
KEARNY, NJ 07032

And via electronic mail to:

SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP
1599 HAMBURG TURNPIKE,WAYNE
WAYNE, NJ 07470

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE,
30 TWO BRIDGES RD,SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE,OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill