Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 23−16132−JKS
           Chapter: 13
           Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mirtha D. Perez
   aka Mirtha C Perez, aka Mirtha De la
   Caridad Perez, aka Mirtha Perez
   21 Terrace Place
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−9505

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      6/12/25
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$4,375.50

EXPENSES
$29.32.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 14, 2025
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16132-JKS |
| Mirtha D. Perez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: 137 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519974573 | + | Global Lending Services, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |
| 519974576 | + | JPMorgan Chase Bank, 1787 Veterans Highway, Islandia, NY 11749-1500 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 14 2025 20:47:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520028003 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 20:58:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519974569 | | Email/Text: bankruptcy@cavps.com | May 14 2025 20:48:00 | Cavalry Portfolio Services, LLC, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 519974568 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 20:58:49 | Capital One Financial Corporation, P.O. Box 85015, Richmond, VA 23285-5015 |
| 519988854 | + | Email/PDF: ebn_ais@aisinfo.com | May 14 2025 20:46:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520029795 | + | Email/Text: bankruptcy@cavps.com | May 14 2025 20:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519974570 | | Email/Text: mrdiscen@discover.com | May 14 2025 20:47:00 | Discover Bank, Attn: President/CEO/Registered Agent, 6500 New Albany Road East, New Albany, OH 43054 |
| 519974571 | | Email/Text: mrdiscen@discover.com | May 14 2025 20:47:00 | Discover Financial Services, c/o Discover Products Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 520026362 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 14 2025 20:47:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519974572 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 14 2025 20:47:00 | Discover Home Loans, c/o Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519979356 | | Email/Text: mrdiscen@discover.com | | |

Case 23-16132-JKS   Doc 61   Filed 05/16/25   Entered 05/17/25 00:13:36   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 137 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 14 2025 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520632882 | + | Email/Text: RASEBN@raslg.com | May 14 2025 20:47:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520034999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 14 2025 20:48:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520020375 | | Email/Text: bankruptcy@glsllc.com | May 14 2025 20:46:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 519974574 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2025 20:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519974575 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 14 2025 20:46:27 | JPMCB Card Services, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 519974577 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 14 2025 20:48:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 519974578 | + | Email/PDF: cbp@omf.com | May 14 2025 20:45:02 | Onemain Financial, Inc., 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 519974579 | | Email/Text: signed.order@pfwattorneys.com | May 14 2025 20:47:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519974580 | + | Email/Text: bankruptcy@rubinrothman.com | May 14 2025 20:47:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519974582 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 14 2025 20:47:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519974581 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 14 2025 20:48:00 | Select Portfolio Servicing, Inc., Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520554028 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Debtor Mirtha D. Perez jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Discover Bank dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Discover Bank swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9