UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Jamal J. Romero, Esq.

In Re:

Mirtha D. Perez,

                Debtor.

Order Filed on June 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-16132

Hearing Date: June 12, 2025

Judge: John K. Sherwood

Chapter: 13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 16, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP , the applicant, is allowed a fee of $ 4,375.50 for services rendered and expenses in the amount of $ 29.32 for a total of $ 4,404.82 . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ 4,404.82 less retainer of $ N/A equals: $4,404.82 (amount to be paid through the plan).

☒ Chapter 13 Plan payments will change.

- Current Plan payments are: $ 1,917.00 for 58 months.
- Beginning July 2025 , Plan payments will increase to $ 2,000.00 for 37 months.

☐ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9/30/2024*