UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

In Re:

Mirtha D. Perez
aka Mirtha C Perez
aka Mirtha De la Caridad Perez
aka Mirtha Perez

Case No.:  23-16132-JKS

Chapter:  13

Hearing Date:  _____

Judge:  John K. Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter:  Creditor's Certification of Default

_____

Date: September 10, 2025

/s/ Rob Saltzman
Signature

*rev.8/1/15*