UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

Case No.: 23-16132-JKS
Chapter: 13

In Re:

Mirtha D. Perez
aka Mirtha C Perez
aka Mirtha De la Caridad Perez
aka Mirtha Perez

Adv. No.:
Hearing Date:
Judge: John K. Sherwood

# CERTIFICATION OF SERVICE

1. I, __Debra Callahan__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Rob Saltzman__, who represents __the Mortgagee__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 25, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Proposed Order Resolving Certification of Default
   Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 25, 2025

/s/ Debra Callahan
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jamal J Romero, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg, Esquire<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mirtha D. Perez<br>21 Terrace Place<br>Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*