|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2C<br><br>Rob Saltzman, Esquire<br>Pluese, Becker, Saltzman & Thomas, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054-4318<br>(856) 813-1700<br>Attorneys for the Mortgagee<br>File No. 111897B | Order Filed on October 2, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 23-16132-JKS<br><br>Hearing Date: N/A<br>Judge: John K. Sherwood<br><br>Chapter 13 |
| In Re:<br><br>Mirtha D. Perez<br>aka Mirtha C. Perez<br>aka Mirtha De la Caridad Perez<br>aka Mirtha Perez | |

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

# ORDER RESOLVING CERTIFICATION OF DEFAULT
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 2, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Capital One, N.A. |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Jamal J Romero, Esquire |
| Property Involved ("Collateral"): | 21 Terrace Place, Kearny, NJ 07032 |
| Relief Sought: | ☒ Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for one month.
    - ☒ The Debtor is overdue for one payment at $398.48 per month.
    - ☒ Less suspense balance of $57.60.
    
    Total Arrearages Due $340.88.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Immediate payment shall be made in the amount of $340.88. Payment shall be made no later than September 30, 2025
    - ☒ Beginning on October 4, 2025, regular monthly mortgage payments shall continue to be made in the amount of $398.48.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Immediate payment and Regular monthly payments:

        Capital One, N.A.
        1 Corporate Drive, Suite 360
        Lake Zurich, IL 60047

4. In the event of Default:
    - ☒ If the Debtor does not make the immediate payment specified above or does not make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.

At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.     Award of Attorney's Fees:

      ☒ The Applicant is awarded attorneys fees of $250.00.

      The fees and costs are payable:

      ☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16132-JKS |
| Mirtha D. Perez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mirtha D. Perez, 21 Terrace Place, Kearny, NJ 07032-1621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Cory Francis Woerner
     on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com

Cory Francis Woerner
     on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 cwoerner@raslg.com

Denise E. Carlon
     on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com

Jamal J Romero
     on behalf of Debtor Mirtha D. Perez jromero@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

m;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Robert P. Saltzman

    on behalf of Creditor Discover Bank dnj@pbslaw.org

Robert P. Saltzman

    on behalf of Creditor Capital One  N.A. dnj@pbslaw.org

Stuart H. West

    on behalf of Creditor Discover Bank swest@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10