Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 23−16132−JKS
                              Chapter: 13
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mirtha D. Perez
    aka Mirtha C Perez, aka Mirtha De la
    Caridad Perez, aka Mirtha Perez
    21 Terrace Place
    Kearny, NJ 07032

Social Security No.:
    xxx−xx−9505

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/11/25 at 10:00 AM

to consider and act upon the following:

**72** − Creditor's Certification of Default (related document:54 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019−2. Objection deadline is 11/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Rodriguez, Nathalie)

**73** − Certification in Opposition to (related document:72 Creditor's Certification of Default (related document:54 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019−2. Objection deadline is 11/24/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019−2) filed by Jamal J Romero on behalf of Mirtha D. Perez. (Romero, Jamal)

Dated: 11/24/25

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court